UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZACHARY R. BARNETT, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT CORPORATION, <br><br> Defendant. | Case No. 4:18-cv-02188 <br><br> Honorable Judge Keith Ellison |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ZACHARY R. BARNETT and Defendant, SPRINT CORPORATION through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: August 14, 2019                                                     Respectfully Submitted,

**ZACHARY R. BARNETT**                                                **SPRINT CORPORATION**

*/s/ Omar T. Sulaiman*                                                      */s/ Tammy L. Adkins (with consent)*
Omar T. Sulaiman                                                              Tammy L. Adkins
*Counsel for Plaintiff*                                                         *Counsel for Defendant*
Sulaiman Law Group, LTD                                                McGuire Woods LLP
2500 S. Highland Ave., Ste. 200                                       77 West Wacker Drive, Suite 4100
Lombard, Illinois 60148                                                     Chicago, Illinois 60601
Phone: (630) 575-8181                                                      Phone: (312) 750-5727
osulaiman@sulaimanlaw.com                                        tadkins@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                        */s/ Omar T. Sulaiman*
                                        Omar T. Sulaiman