United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZACHARY R. BARNETT, § § Plaintiff, § VS. § SPRINT CORPORATION, § § Defendant. § | CIVIL ACTION NO. 4:18-CV-2188 |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. No. 23.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE